Thomas M. Melton (Utah State Bar No. 4999)
meltont@sec.gov
Daniel Wadley (Utah State Bar No. 10358)
WadleyD@sec.gov
Attorneys for Plaintiff
Securities & Exchange Commission
15 West South Temple, Suite 1800
Salt Lake City, Utah 84101
Telephone:  801-524-5796
Facsimile: 801-524-5262


### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil No. 2:11-cv-00798 |
| PLAINTIFF, | Judge Jenkins |
| v. | **NOTICE OF DISMISSAL OF CLAIM FOR A CIVIL PENALTY AGAINST NATIONAL STOCK TRANSFER** |
| NATIONAL STOCK TRANSFER, a Utah corporation, KAY BERENSON-GALSTER and ROGER GREER, | |
| DEFENDANTS. | |

---

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this Notice of Dismissal of Claim for a Civil Penalty against National Stock Transfer ("National") pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. On November 9, 2011 National, by consent, entered into a Judgment of permanent Injunction and other relief against it. The Judgment, in part provided that, the Court shall determine the amount of the civil penalty upon motion of the Commission. No opposing party has served either an answer or a motion for a summary judgment. The Commission, hereby gives notice that it is foregoing its claim for a civil penalty against National.

Dated this 9th day of April, 2012.

_/s/ Thomas M. Melton_____
Thomas M. Melton
Daniel Wadley
Tanya Beard
Attorneys for Plaintiff
Securities and Exchange Commission

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2012, I caused to be sent by the methods stated below a true and correct copy of the foregoing NOTICE OF DISMISSAL OF CLAIM FOR A CIVIL PENALTY AGAINST NATIONAL STOCK TRANSFER to:

Via Electronic Mail:

Mark Swan
Swan Law Firm
10808 S. River Front Parkway
South Jordan, UT 84095
mark@swanlaw.net

Larry Reed
Larry Reed Law Firm
448 E. 400 S., Suite 100
Salt Lake City, UT 84111
1lgr@comcast.net


_/s/ Alyssa Moran