Thomas M. Melton (Utah State Bar No. 4999)
meltont@sec.gov
Daniel Wadley (Utah State Bar No. 10358)
WadleyD@sec.gov
Attorneys for Plaintiff
Securities & Exchange Commission
15 West South Temple, Suite 1800
Salt Lake City, Utah 84101
Telephone: 801-524-5796
Facsimile: 801-524-5262

FILED
U.S. DISTRICT COURT

2012 MAY 24 P 1:49

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

National Stock Transfer., a Utah corporation, Kay Berenson-Galster and Roger Greer

DEFENDANTS,

Civil No. 2:11-cv-798

Judge Jenkins

**FINAL JUDGMENT ORDERING PAYMENT OF CIVIL PENALTY**

Plaintiff Securities and Exchange Commission (the "Commission") has filed a Motion for Civil Penalty against Kay Berenson Galster. The Court has already entered a Judgment of Permanent Injunction against Defendant Kay Berenson Galster on November 9, 2011. Docket #24. Having reviewed the Commission's Motion, its Memorandum and other pleadings, and having heard this cause on $150,000 , the Court orders and adjudges as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Kay Berenson Galster shall pay a civil monetary penalty of $150,000.00. Defendant shall make this payment

within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Kay Berenson Galster as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## II.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: May 23, 2012.

UNITED STATES DISTRICT JUDGE